IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| KATON D. WILLIAMS | : | VIOLATIONS:<br>21 U.S.C. § 841(a)(1), (b)(1)(C) |
| | : | (possession with intent to distribute methamphetamine, cocaine, and fentanyl |
| | : | – 1 count)<br>18 U.S.C. § 924(c)(1) (possession of a |
| | : | firearm in furtherance of a drug trafficking crime – 1 count) |
| | : | 18 U.S.C. § 922(g)(1) (felon in possession of a firearm – 1 count) |
| | : | 18 U.S.C. §§ 924(a)(1)(A) and 2 (aiding and abetting false statements |
| | : | to a federal firearms licensee – 1 count)<br>Notices of forfeiture |

**INDICTMENT**

**COUNT ONE**

THE GRAND JURY CHARGES THAT:

On or about February 26, 2023, in Northampton County, in the Eastern District of

Pennsylvania, defendant

**KATON D. WILLIAMS**

knowingly and intentionally possessed with the intent to distribute a mixture or substance

containing a detectable amount of methamphetamine, cocaine, and fentanyl, all Schedule II

controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 26, 2023, in Northampton County, in the Eastern District of Pennsylvania, defendant

### KATON D. WILLIAMS

knowingly possessed a firearm, that is (1) a SCCY CPX-1, 9mm semiautomatic pistol, bearing serial number 773743, loaded with 9 live rounds of ammunition; (2) a Bersa S A BPDCC, 9mm semiautomatic pistol, bearing serial number G27334, loaded with 8 live rounds of ammunition; (3) an Armi San Marco 12 gauge shotgun, bearing serial number 342989; (4) a Taurus Armas, .38 revolver, bearing serial number ADJ671832, loaded with 6 live rounds of ammunition; and (5) a Taurus Curve, .380 semiautomatic pistol, bearing serial number 1D000865, loaded with 6 live rounds of ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, cocaine, and fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), as charged in Count One of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT THREE

**THE GRAND JURY CHARGES THAT:**

On or about February 26, 2023, in Lehigh County and Northampton County, in the Eastern District of Pennsylvania, defendant

**KATON D. WILLIAMS,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm that is: (1) a Glock 42, .380 semiautomatic pistol, bearing serial number AGYM575; (2) a Glock 26 Gen 3, 9mm semiautomatic pistol, bearing serial number BVEB929; (3) a SCCY CPX-2, 9mm semiautomatic pistol, bearing serial number C434084; (4) a SCCY CPX-1, 9mm semiautomatic pistol, bearing serial number 773743, loaded with 9 live rounds of ammunition; (5) a Bersa S A BPDCC, 9mm semiautomatic pistol, bearing serial number G27334, loaded with 8 live rounds of ammunition; (6) an Armi San Marco 12 gauge shotgun, bearing serial number 342989; (7) a Taurus Armas, .38 revolver, bearing serial number ADJ671832, loaded with 6 live rounds of ammunition; and (8) a Taurus Curve, .380 semiautomatic pistol, bearing serial number 1D000865, loaded with 6 live rounds of ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

**THE GRAND JURY CHARGES THAT:**

### BACKGROUND

At times material to this indictment:

1. LLMR Family Trucking, LLC operated a vendor table at the Eagle Arms Gun Show, located at 1151 Bulldog Drive, Allentown, Pennsylvania, and was a federal firearms licensee ("FFL") and was authorized to deal in firearms under federal laws.

2. FFLs are licensed, among other things, to sell firearms and ammunition. Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFLs are permitted to sell firearms and ammunition.

3. The rules and regulations governing FFLs require that a person seeking to purchase a firearm fill out a Firearm Transaction Record, ATF Form 4473 ("Form 4473"). Part of the Form 4473 requires that the prospective purchaser certify that all his or her answers on Form 4473 are true and correct. Question 21(a) of Form 4473 requires that the prospective purchaser certify truthfully, subject to penalties of perjury, that he or she is the actual buyer of the firearm. The Form 4473 contains language warning that "You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." The Form 4473 also includes a certification by the purchaser of the firearm(s) that "I understand that answering 'yes' to question 21(a) if I am not the actual buyer of the firearm is a crime punishable as a felony."

4. A FFL is required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL, including the buyer's home address and date of birth to ensure that the person was not prohibited from possessing a firearm.

### THE FALSE STATEMENT

5. On or about February 26, 2023, in Lehigh County, in the Eastern District of Pennsylvania, defendant

**KATON D. WILLIAMS,**

in connection with the acquisition of each of the firearms identified below from LLMR Family Trucking, LLC, a FFL, aided and abetted Solano Luciano in knowingly making a false statement and representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the FFL's records, in that Luciano certified on the Form 4473 that she was the actual buyer of the firearms, when in fact, as the defendant knew, this statement was false and fictitious.

| Firearm | Serial Number |
|---|---|
| Glock 42, .380 semiautomatic pistol | AGYM575 |
| Glock 26 Gen 3, 9mm semiautomatic pistol | BVERB929 |
| SCCY CPX2, 9mm semiautomatic pistol | C434084 |

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## NOTICE OF FORFEITURE NO. 1

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Sections 924(a)(1)(A), 924(c)(1), and 922(g)(1), set forth in this indictment, defendant

## KATON D. WILLIAMS

shall forfeit to the United States of America, the firearms involved in the commission of these offenses, including, but not limited to:

1. a Glock 42, .380 semiautomatic pistol, bearing serial number AGYM575;
2. a Glock 26 Gen 3, 9mm semiautomatic pistol, bearing serial number BVERB929;
3. a SCCY CPX2, 9mm semiautomatic pistol, bearing serial number C434084;
4. a SCCY CPX-1 9mm semiautomatic pistole bearing serial number 773743, loaded with 9 live rounds of ammunition;
5. a Taurus Armas, .38 revolver, bearing serial number ADJ671832, loaded with 6 live rounds of ammunition;
6. a Bersa S A BPDCC, 9mm semiautomatic pistol, bearing serial number G27334, loaded with 8 live rounds of ammunition;
7. an Armi San Marco 12 gauge shotgun, bearing serial number 342989;
8. a Taurus Curve, .380 semiautomatic pistol, bearing serial number 1D000865, loaded with 6 live rounds of ammunition; and

9. 729 live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

## NOTICE OF FORFEITURE NO. 2

**THE GRAND JURY FURTHER CHARGES THAT:**

    1. As a result of the violation of Title 21, United States Code, Section 841(a)(1) set forth in this indictment, defendant

**KATON D. WILLIAMS**

shall forfeit to the United States of America:

(a) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violation, including but not limited to:

1. a SCCY CPX-1, 9mm semiautomatic pistol, bearing serial number 773743, loaded with 9 live rounds of ammunition;
2. a Bersa S A BPDCC, 9mm semiautomatic pistol, bearing serial number G27334, loaded with 8 live rounds of ammunition;
3. an Armi San Marco 12 gauge shotgun, bearing serial number 342989;
4. a Taurus Armas, .38 revolver, bearing serial number ADJ671832, loaded with 6 live rounds of ammunition;
5. a Taurus Curve, .380 semiautomatic pistol, bearing serial number 1D000865, loaded with 6 live rounds of ammunition;
6. 729 live rounds of ammunition; and
7. $18,448.00 in U.S. currency.

(b) Any property constituting, or derived from, proceeds obtained directly or

  indirectly from the commission of such offense.

  2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    cannot be located upon the exercise of due diligence;

    has been transferred or sold to, or deposited with, a third party;

    has been placed beyond the jurisdiction of the Court;

    has been substantially diminished in value; or

    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

  All pursuant to Title 21, United States Code, Section 853.

                 **A TRUE BILL:**

                 _[signature redacted]_
                 G[redacted]

_/s/ [signature] /por_

**JACQUELINE C. ROMERO**
**United States Attorney**

No. 24-

UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

KATON D. WILLIAMS

INDICTMENT

Counts

21 U.S.C. § 841(a) (possession with intent to distribute a detectable amount of methamphetamine, cocaine, and fentanyl – 1 count)
18 U.S.C. § 924(c)(1) (possession of a firearm in furtherance of a drug trafficking crime – 1 count)
18 U.S.C. § 922(g)(1) (felon in possession of a firearm – 1 count)
18 U.S.C. §§ 924(a)(1)(A) and 2 (aiding/abetting false statements to a federal firearms licensee – 1 count)
Notice of forfeiture



Filed _____ day,